IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORENZO HALL, #B-64594, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) )   Case No.:  11-cv-446-JPG |
| CHAPLAIN SUTTON and DIETARY MANAGER BRYANT, | ) ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Lorenzo Hall's motion for reconsideration (Doc. 84) of the Court's order (Doc. 80) transferring his motion for appointment of counsel on appeal (Doc. 69) to the Court of Appeals.  The Court of Appeals denied the motion while Hall's motion for leave to proceed on appeal *in forma pauperis* was being considered.  The Court has since granted Hall leave to proceed on appeal *in forma pauperis*, and now Hall seeks reconsideration of the Court of Appeals' order denying him counsel.  As explained to Hall earlier, this Court does not have the authority to appoint counsel on appeal or to reconsider orders issued by the Court of Appeals.  Accordingly, the Court hereby **DENIES** Hall's motion for reconsideration (Doc. 84).  If he wants the Court of Appeals to reconsider its decision, he may file a motion for reconsideration before that court.  The Court **DIRECTS** the Clerk of Court to send a copy of this order to the Court of Appeals in connection with Appeal No. 14-1246.

**IT IS SO ORDERED.**
**DATED:  April 1, 2014**

                                         s/J. Phil Gilbert
                                         **J. PHIL GILBERT**
                                         **DISTRICT JUDGE**